UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
AML IP, LLC,                                                  :
                                                              :
                                   Plaintiff,                 :
                                                              :                    25-CV-970 (VSB)
                         -against-                            :
                                                              :                    **ORDER**
ORVEON GLOBAL US LLC,                                         :
                                                              :
                                   Defendant.                 :
                                                              :
------------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

    It has been reported to the Court that the parties in this case have reached a settlement in

principle.  Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within thirty (30) days.

SO ORDERED.

Dated: July 21, 2025
        New York, New York

                                                    Vernon Broderick

                                                    Vernon S. Broderick
                                                    United States District Judge